```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
           v.                   :
                                :       NO. 09-181
MIKELL NESBITT                  :
```

ORDER

And now, this 22nd day of June 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the emergency motion of defendant Mikell Nesbitt to suspend or reduce sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 37) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                               J.