```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MIKELL NESBITT | : | NO. 09-181-1 |

<u>ORDER</u>

AND NOW, this 16th day of October 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Mikell Nesbitt to terminate his supervised release (Doc. #43) is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                                                     J.